IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00253-WYD-MEH

MALIBU MEDIA, LLC,

   Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 24.8.245.152,

   Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on April 7, 2014 (ECF No. 12), it is

ORDERED that Defendant John Doe and this case are **DISMISSED WITH PREJUDICE**.

Dated:  April 8, 2014.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE